The judgment is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## MACK et al. v. STATE.
### No. 19629.

Court of Criminal Appeals of Texas.
April 6, 1938.

Rehearing Denied May 25, 1938.

Harvey P. Shead, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of cattle is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The record is before this court without statement of facts or bills of exception.

No error has been perceived or pointed out.

The judgment is affirmed.

On Motion for Rehearing.

KRUEGER, Judge.

After a most careful re-examination of the indictment in the light of appellant's motion for a rehearing, we remain of the opinion that it is sufficient to charge the offense of theft of cattle, and that the matter was properly disposed of in our original opinion. See article 403, C.C.P.; Barner v. State, Tex.Cr.App., 20 S.W. 559.

The motion for a rehearing is overruled.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.